IN THE
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Roy Lee Williams**, Plaintiffs<br>v.<br>**John E. Wetzel**, et al., Defendants. | ✧<br>✧<br>✧<br>✧<br>✧ | No. 21-CV-01248 |

## Notice of Appeal

Notice is hereby given that Roy Lee Williams, plaintiff in the above-captioned matter, appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered in this action on July 21, 2022.

### Appellant's Statement of Questions

Did the Court err in its actions, rulings, and treatment of this case prior to the entry of the Order dated July 21, 2022? Did the Court fail to comply with the applicable rules, case law and due process standards in its actions before entry of the Order dated July 21, 2022?

Respectfully submitted,

*[signature]*  7/26/2022
**Roy Lee Williams**, *pro se*   Date
SCI Phoenix, #CF4784
1200 Mokychic Drive
Collegeville, PA 19426



RECEIVED JUL 29 2022

IN THE
# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Roy Lee Williams**, | ❖ | |
| Plaintiffs | ❖ | No. 21-CV-01248 |
| v. | ❖ | |
| **John E. Wetzel**, *et al.*, | ❖ | |
| Defendants. | ❖ | |

## Notice of Appeal

Notice is hereby given that Roy Lee Williams, plaintiff in the above-captioned matter, appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered in this action on July 21, 2022.

### Appellant's Statement of Questions

Did the Court err in its actions, rulings, and treatment of this case prior to the entry of the Order dated July 21, 2022? Did the Court fail to comply with the applicable rules, case law and due process standards in its actions before entry of the Order dated July 21, 2022?

Respectfully submitted,

*/s/ R. L. Williams*                                7/26/2022
**Roy Lee Williams**, *pro se*                       **Date**
SCI Phoenix, #CF4784
1200 Mokychic Drive
Collegeville, PA 19426

SCI- Phoenix
Name Roy L. Williams
Number CF4784
1200 Mokychic Drive
Collegeville, PA 19426

PA DEPARTMENT OF
CORRECTIONS
INMATE MAIL

neopost
07/27/2022
US POSTAGE $000.57⁰
ZIP 19426
041M12252211

CLERK
United States District Court
Phila, PA 19106-9865

Legal
Mail