IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
ROY LEE WILLIAMS,                  :    CIVIL ACTION
                                   :    NO. 21-1248
          Plaintiff,               :
                                   :
     v.                            :
                                   :
JOHN E. WETZEL, et al.,            :
                                   :
          Defendants.              :
```

### O R D E R

**AND NOW**, this **21st** day of **July, 2022**, after considering Defendants' motion for summary judgment and the response thereto, it is hereby **ORDERED** as follows:

1. Plaintiff's motion to supplement the record [ECF No. 28] is **GRANTED** as unopposed;

2. Defendants' motion for summary judgment [ECF No. 23] is **GRANTED** for the reasons stated in the accompanying memorandum.


**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**

1