ROY L. WILLIAMS,

                    Appellant

v.

SECRETARY PENNSYLVANIA DEPARTMENT OF CORRECTIONS