UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **22-2399**

Williams v. Secretary Pennsylvania Department of Corrections
(E.D. Pa. No. 2-21-cv-01248)

To:  Clerk

    1)  Application to Proceed In Forma Pauperis

---

The foregoing motion to proceed in forma pauperis is granted. Appellant is a prisoner and seeks to proceed in forma pauperis on appeal. Appellant is required to pay the full $505.00 fee in installments regardless of the outcome of the appeal. 28 U.S.C. § 1915 (b). The Court hereby directs the warden or his or her designee to assess an initial filing fee, when funds are available, of 20% of the greater of (a) the average monthly deposits to the prisoner's account; or (b) the average monthly balance in the prisoner's account for the six month period immediately preceding the filing of the notice of appeal. The warden, or his or her designee, shall calculate, collect, and forward the initial payment assessed in this order to the United States District Court for the Eastern District of Pennsylvania. In each succeeding month when the amount in the prisoner's account exceeds $10.00, the warden, or his or her designee, shall forward payments to the United States District Court for the Eastern District of Pennsylvania equaling 20% of the preceding month's income credited to the prisoner's account until the fees are paid. Each payment shall reference the appellate docket number for this appeal. The warden, or his or her designee, shall forward payments to the appropriate courts simultaneously if there are multiple orders.

The appeal will be submitted to a panel of this court for determination under 28 U.S.C. § 1915(e)(2) as to whether the appeal will be dismissed as legally frivolous or whether summary action under Third Circuit L.A.R. 27.4 and I.O.P. 10.6 is appropriate. In making this determination, the district court opinion and record will be examined. Appellant may submit argument, which should not exceed 5 pages, in support of the appeal. The document, with certificate of service, must be filed with the clerk within 21 days of the date of this order. Appellee need not file a response unless directed to do so.

The court may reconsider in forma pauperis status at any time.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: August 17, 2022

kr/cc: Roy L. Williams
      Kathy Le, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk