| | OFFICE OF THE CLERK | |
|---|---|---|
| **PATRICIA S. DODSZUWEIT**<br>**CLERK** | **UNITED STATES COURT OF APPEALS**<br>**FOR THE THIRD CIRCUIT**<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA  19106-1790<br>Website: www.ca3.uscourts.gov | TELEPHONE<br>215-597-2995 |



August 17, 2022

Phoenix SCI
1200 Mokychic Drive
P.O. Box 244
Collegeville, PA  19426

**ATTENTION: WARDEN**

RE: Roy Lee Williams v. Secretary Pennsylvania Department of Corrections
Case Number: 22-2399
District Court Case Number: 2-21-cv-01248
**Prisoner Name and ID: Roy L. Williams, #CF-4784**

Dear Warden:

Enclosed herewith is a certified copy of an Order filed today directing the Warden to forward the initial payment assessed to the Clerk of the District Court.

Your check should be mailed to the Clerk of the District Court at the following address:

George V. Wylesol, Clerk
United States District Court for the Eastern District of Pennsylvania
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

Please do not send the check or money order to the United States Court of Appeals.

Very truly yours,
s/ Patricia S. Dodszuweit
Clerk

By: s/Kirsi
Case Manager
267-299-4911

cc: Roy L. Williams
　　Kathy Le Esq.