UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **22-2399**

Williams v. Secretary Pennsylvania Department of Corrections
(E.D. Pa. No. 2-21-cv-01248)

To:  Clerk

   1)  Argument by Appellant in Support of Appeal

---

      The foregoing document is considered.  By Order entered August 17, 2022, the Clerk granted appellant's motion to proceed in forma pauperis and directed that the appeal would be submitted for a determination under 28 U.S.C. § 1915(e)(2) or possible summary action.  Upon further review, it is hereby ORDERED that the Clerk Order of August 17 is vacated insofar as it concerns possible summary action and review of the case under 28 U.S.C. § 1915(e)(2).  The August 17 Order will stand as to the grant of in forma pauperis and assessment of fees.  A briefing schedule shall issue.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:  October 5, 2022

mw/cc:  Matthew A. Feldman, Esq.
         Anthony T. Kovalchick, Esq.
         Kathy Le, Esq.