# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

---

No. 22-2399

---

ROY LEE WILLIAMS,

Appellant,

v.

SECRETARY PENNSYLVANIA DEPARTMENT OF CORRECTIONS and JOHN E. WETZEL,

Appellees.

---

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(District Court No. 2:21-cv-1248)
District Judge: Honorable Eduardo C. Robreno

---

## UNOPPOSED MOTION TO EXTEND TIME
## TO FILE APPELLANT'S BRIEF AND JOINT APPENDIX

**COMES NOW ROY LEE WILLIAMS**, hereinafter "Appellant," by and through undersigned counsel, and hereby respectfully petitions this Honorable Court to extend the deadline for Appellant to file his opening brief and the joint appendix by sixty (60) days, until January 13, 2023.

The current deadline for the filing of Appellant's brief and the joint appendix is November 14, 2022. In support of his request, Appellant informs the Court that undersigned counsel was not involved in the case in the District Court, as Appellant was *pro se*; Appellant remains incarcerated, making communication between him and counsel more challenging than for non-incarcerated clients; and Appellees' counsel, Anthony T. Kovalchick, does not object to the proposed extension.

Moreover, this request is not intended to needlessly delay the proceedings and will not prejudice any party.

 Therefore, Appellant respectfully requests the 60-day extension described above.

        Respectfully submitted,

        */s/ Matthew A. Feldman*
        Matthew A. Feldman (PA 326273)
        PENNSYLVANIA INSTITUTIONAL LAW PROJECT
        718 Arch Street, Suite 304S
        Philadelphia, PA 19106
        215-925-2966
        mfeldman@pilp.org

        *Attorney for Appellant Roy Lee Williams*

DATE: November 7, 2022

# **CERTIFICATE OF SERVICE**

  I, Matthew A. Feldman, hereby certify that on November 7, 2022, I electronically filed and served a copy of the foregoing Unopposed Motion to Extend Time to File Appellant's Brief and Joint Appendix upon counsel for Appellees through the Third Circuit Court of Appeals' Electronic Case Filing (NextGen CM/ECF) system.

           */s/ Matthew A. Feldman*
           Matthew A. Feldman (PA 326273)
           PENNSYLVANIA INSTITUTIONAL LAW PROJECT
           718 Arch Street, Suite 304S
           Philadelphia, PA 19106
           mfeldman@pailp.org
           215-925-2966

DATE: November 7, 2022