**UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

———

**No. 22-2399**

———

ROY LEE WILLIAMS,

Appellant,

v.

SECRETARY PENNSYLVANIA DEPARTMENT OF CORRECTIONS and
JOHN E. WETZEL,

Appellees.

———

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(District Court No. 2:21-cv-1248)
District Judge: Honorable Eduardo C. Robreno

———

**UNOPPOSED MOTION TO EXTEND TIME
TO FILE APPELLANT'S BRIEF AND JOINT APPENDIX**

**COMES NOW ROY LEE WILLIAMS**, hereinafter "Appellant," by and through undersigned counsel, and hereby respectfully petitions this Honorable Court to extend the deadline for Appellant to file his opening brief and the joint appendix by seven (7) days, until January 20, 2023.

The current deadline for the filing of Appellant's brief and the joint appendix is January 13, 2023. In support of his request, Appellant informs the Court that undersigned counsel has faced an unforeseen issue in one of his district court matters this week, which has required a substantial investment of time, and believes that the modest extension requested will help achieve the goal of presenting the Court with the most useful possible opening brief. In further support of this request, Appellant notes that Appellees' counsel, Anthony T. Kovalchick, does not object to the proposed extension. Moreover, this request is not intended to needlessly delay the proceedings and will not prejudice any party.

Therefore, Appellant respectfully requests the seven-day extension described above.

>Respectfully submitted,
>
>*s/ Matthew A. Feldman*
>Matthew A. Feldman (PA 326273)
>PENNSYLVANIA INSTITUTIONAL LAW PROJECT
>718 Arch Street, Suite 304S
>Philadelphia, PA19106
>215-925-2966
>mfeldman@pilp.org
>
>*Attorney for Appellant Roy Lee Williams*

DATE: January 12, 2023

## **CERTIFICATE OF SERVICE**

I, Matthew A. Feldman, hereby certify that on January 12, 2023, I electronically filed and served a copy of the foregoing Unopposed Motion to Extend Time to File Appellant's Brief and Joint Appendix upon counsel for Appellees through the Third Circuit Court of Appeals' Electronic Case Filing (NextGen CM/ECF) system.

*s/ Matthew A. Feldman*
Matthew A. Feldman (PA 326273)
PENNSYLVANIA INSTITUTIONAL LAW PROJECT
718 Arch Street, Suite 304S
Philadelphia, PA19106
mfeldman@pailp.org
215-925-2966

DATE: January 12, 2023