# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. __22-2399__

Roy Lee Williams  vs.  Secretary Pennsylvania Department of Corrections

Calendar Date __July 10, 2023__   Location __Philadelphia, PA__

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: __Matthew A. Feldman__

Designation of Arguing Counsel: __Matthew A. Feldman__

Member of the Bar:  [X] Yes   [ ] No

Representing (check only one):

[ ] Petitioner(s)   [X] Appellant(s)   [ ] Intervenor(s)

[ ] Respondent(s)   [ ] Appellee(s)   [ ] Amicus Curiae

Please list the name of the lead party being represented:

__Roy Lee Williams__

---

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)