1:30 P.M.
THE ALBERT BRANSON MARIS COURTROOM (19TH FLOOR)

FRIDAY, JULY 14, 2023

Coram: PHIPPS, MONTGOMERY- REEVES and MCKEE, Circuit Judges

No. 22-2997

UNITED STATES OF AMERICA
v.
JOMAR IVORY,
Appellant

| Counsel for Appellant | Counsel for Appellee |
|---|---|
| JASON F. ULLMAN | CHRISTIAN T. HAUGSBY |
| (15 minutes per Court) | (15 minutes per Court) |

_____

No. 22-2399

ROY L. WILLIAMS,
Appellant
v.
SECRETARY PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

| Counsel for Appellant | Counsel for Appellee |
|---|---|
| MATTHEW A. FELDMAN | ANTHONY T. KOVALCHICK |
| (15 minutes per Court) | (15 minutes per Court) |