OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

July 19, 2023

Matthew A. Feldman, Esq.
Anthony T. Kovalchick, Esq.

RE: Roy Lee Williams v. Secretary Pennsylvania Department of Corrections
Case Number: 22-2399
District Court Case Number: 2-21-cv-01248

Dear Counsel:

The panel directs counsel in this case to inform the court within seven days of this notice of the dates of any and all death warrants that were issued in this case as well as the date or dates that any such death warrant(s) became inoperative and citations to the record where such information appears. If the record does not contain all such references, counsel are asked to stipulate to this information.

Very truly yours,

PATRICIA S. DODSZUWEIT
Clerk

By:

Ashley Ritz
Calendar Clerk