OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



July 24, 2023

Matthew A. Feldman, Esq.
Anthony T. Kovalchick, Esq.

RE: Roy Lee Williams v. Secretary Pennsylvania Department of Corrections
Case Number: 22-2399
District Court Case Number: 2-21-cv-01248

Dear Counsel:

The panel requests that counsel for Appellant, Roy L. Williams, submit a letter to the court pursuant to Fed.R.App. Pro 28(j) withing 7 days of the date of this notice directing the panel to places in the record where the issue of a physical injury is raised or presented. If counsel for Appellee wishes to respond, he has five days from the date of Appellant's letter to reply.

When filing in CM/ECF, please select the **Motions, Responses & Replies** category and use the **Response** event. Hard copies are not necessary.

Very truly yours,

*Patricia A. Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By: *Patrick A. McCauley, Jr.*
Patrick A. McCauley, Jr.,
Calendar Clerk
267-299-4932