UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 22-2399

ROY LEE WILLIAMS,

Appellant,

v.

SECRETARY PENNSYLVANIA DEPARTMENT OF CORRECTIONS and
JOHN E. WETZEL,

Appellees.

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(District Court No. 2:21-cv-1248)
District Judge: Honorable Eduardo C. Robreno

**STIPULATION IN RESPONSE TO
THE COURT'S DIRECTIVE OF JULY 19, 2023**

In response to the Court's directive of July 19, 2023 (Doc. 34) requesting that the parties "inform the court . . . of the dates of any and all death warrants that were issued in this case as well as the date or dates that any such death warrant(s) became inoperative," the parties stipulate to the following:

1. Death warrants for Appellant Roy Lee Williams have been issued on three separate occasions.

2. Mr. Williams's first death warrant was signed on October 11, 1995, scheduled his execution for October 26, 1995, and was stayed on October 20, 1995.

3. Mr. Williams's second death warrant was signed on February 2, 1996, scheduled his execution for February 20, 1996, and was stayed on February 12, 1996.

4. Mr. Williams's third death warrant was signed on December 20, 2004, scheduled his execution for February 17, 2005, and was stayed on January 7, 2005.

5. Each of Mr. Williams's death warrants became permanently inoperative when the execution date listed in the warrant passed.

6. While the information contained in Paragraphs 2–4 does not appear in the record, it appears on the website of the Pennsylvania Department of Corrections. *See* Execution Warrants/Notices Issued by the Governor (1985 to Present), https://www.cor.pa.gov/About%20Us/Initiatives/Documents/Death%20Penalty/Warrants.pdf.[1] This Court can take judicial notice of this information. *See Schmidt v. Skolas*, 770 F.3d 241, 249 (3d Cir. 2014); *In re Indian Palms Assocs.*, 61 F.3d 197, 205 (3d Cir. 1995); Fed R. Evid. 201.

Respectfully submitted,

/s/ Matthew Feldman

Matthew A. Feldman
Pennsylvania Institutional Law Project
718 Arch St., Suite 304 South
Philadelphia, PA 19106
215-925-2966
mfeldman@pilp.org
*Counsel for Appellant*

/s/ Anthony T. Kovalchick

Anthony T. Kovalchick
Deputy Attorney General
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222
412-565-2543
akovalchick@attorneygeneral.gov
*Counsel for Appellees*

---

[1] This chart can be located by visiting PA. DEP'T OF CORR.: DEATH PENALTY, https://www.cor.pa.gov/About%20Us/Initiatives/Pages/Death%20Penalty.aspx, and selecting "Warrant Listing."