UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 22-2399
_____

ROY L. WILLIAMS,
　　　　　　　　　　　Appellant

v.

SECRETARY PENNSYLVANIA DEPARTMENT OF CORRECTIONS

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2:21-cv-01248)
District Judge: Honorable Eduardo C. Robreno

_____

Argued on July 14, 2023

Before: PHIPPS, MONTGOMERY-REEVES and McKEE, *Circuit Judges*.

_____

JUDGMENT
_____

　　This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on July 14, 2023.

　　On consideration whereof, it is hereby ORDERED and ADJUDGED that the order of the District Court entered July 21, 2022, be and is hereby AFFIRMED in part and VACATED in part. This matter is REMANDED to the District Court for further proceedings. Costs shall not be taxed. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: September 20, 2024