IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

No. 22-2399

---

**ROY L. WILLIAMS,**

                                                                                                    **Appellant,**

v.

**SECRETARY PENNSYLVANIA DEPARTMENT OF CORRECTIONS,**

                                                                                                    **Appellees.**

---

**APPELLEES' MOTION FOR EXTENSION OF TIME TO FILE A PETITION FOR REHEARING**

---

APPEAL FROM THE JUDGMENT OF THE UNITED STATES
DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA
ENTERED ON JULY 21, 2022

                                                                    MICHELLE A. HENRY
                                                                    *Attorney General*

| | | |
|---|---|---|
| Office of Attorney General | BY: | ANTHONY T. KOVALCHICK |
| 1251 Waterfront Place | | *Deputy Attorney General* |
| Mezzanine Level | | |
| Pittsburgh, PA 15222 | | SEAN A. KIRKPATRICK |
| Phone: (412) 565-2543 | | *Chief Deputy Attorney General* |
| akovalchick@attorneygeneral.gov | | *Appellate Litigation Section* |

DATE: September 26, 2024

## APPELLEES' MOTION FOR EXTENSION OF TIME TO FILE A PETITION FOR REHEARING

Appellees Secretary Pennsylvania Department of Corrections (including both Secretary of Corrections Laurel R. Harry, in her official capacity, and former Secretary of Corrections John Wetzel, in his personal capacity) respectfully request a 21-day extension of time to file a petition for panel rehearing or rehearing *en banc*, thereby making the petition due on October 25, 2024, for the following reasons:

1. On Friday, September 20, 2024, this Court issued a precedential opinion in this matter, partially vacating the District Court's judgment and remanding for further proceedings.

2. Pursuant to Federal Rules of Appellate Procedure 35 and 40, any petition for panel rehearing or rehearing *en banc* is currently due on October 4, 2024.

3. The undersigned Deputy Attorney General was away from the office the following Monday and Tuesday, September 23-24, 2024, because of travel to and from Philadelphia to present oral argument before this Court in *Washington v. Gilmore*, No. 23-2963 (3d Cir.).

4. Among other things, the undersigned Deputy Attorney General has an expedited oral argument scheduled for October 8, 2024, in *Dept. of Agriculture v. Miller*, No. 501 C.D. 2024 (Pa. Cmwlth.), a complex case involving the sale of raw

milk by a Pennsylvania farmer. The undersigned Deputy Attorney General also has a brief due to be filed in this Court by October 28, 2024, in *Kissell v. Pennsylvania Office of the Budget Legal Office*, No. 24-2254 (3d Cir.).

5.　　The requested extension would provide the undersigned Deputy Attorney General with sufficient time to review this Court's decision, determine whether a petition for panel rehearing or rehearing *en banc* should be filed, and complete the filing.

6.　　Counsel for Appellant Roy L. Williams has advised that he does not oppose the requested extension.

WHEREFORE, the Appellees respectfully request a 21-day extension of time to file a petition for rehearing, thereby making any such petition due on October 25, 2024.

> Respectfully submitted,
>
> MICHELLE A. HENRY
> Attorney General
>
> By:　/s/ Anthony T. Kovalchick
> ─────────────────────────
> ANTHONY T. KOVALCHICK
> Deputy Attorney General
> Bar No. 89056 (Pa.)
>
> SEAN A. KIRKPATRICK
> Chief Deputy Attorney General
> Appellate Litigation Section

Office of Attorney General
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222
Phone: (412) 565-2543
akovalchick@attorneygeneral.gov

DATE: September 26, 2024

## CERTIFICATE OF SERVICE

    I, Anthony T. Kovalchick, Deputy Attorney General, hereby certify that I have electronically served the foregoing motion on the following counsel of record by means of the CM/ECF System:

Matthew A. Feldman, Esquire
Pennsylvania Institutional Law Project
718 Arch Street
Suite 304 South
Philadelphia, PA 19106
mfeldman@pailp.org

                                                /s/ Anthony T. Kovalchick

                                                ANTHONY T. KOVALCHICK
                                                Deputy Attorney General

DATE: September 26, 2024