UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 22-2399
_____

ROY L. WILLIAMS,
　　　　　　　　　Appellant

v.

SECRETARY PENNSYLVANIA DEPARTMENT OF CORRECTIONS
_____

ORDER
_____

Present: PHIPPS, MONTGOMERY-REEVES and McKEE, Circuit Judges.

　　Roy L. Williams is directed to file an answer to the petition for rehearing within fourteen (14) days from the date of this order. The answer shall not exceed fifteen (15) pages.

　　　　　　　　　　　　　　　　　BY THE COURT,

　　　　　　　　　　　　　　　　　s/ Theodore A. McKee
　　　　　　　　　　　　　　　　　Circuit Judge

Dated: October 28, 2024
PDB/KR/cc: All Counsel of Record